# EXHIBIT B

**Invoice Number:** 52363060

Invoice Date: June 23, 2009



**C. H. ROBINSON Worldwide, Inc.**

**Remit To:**

P.O. Box 9121
Minneapolis, MN 55480-9121

**Bill-to:**
C669131

ATTN: ACCOUNTS PAYABLE
BASHAS
PO BOX 488
CHANDLER AZ 85244

**Balance Due:** $8,640.00

**Payment Due:** June 13, 2009

Freight to be invoiced by C.H. Robinson

---

**CHR Load: 64152434**
Branch Code: 0315  SW Produce - Produce Marketing (West)
Ship Date: 06/03/2009

CHR SO: 2097127
Cust PO: 655179
Freight Payer Ref: 655179

### ITEM DETAIL

| Description | Quantity | U/M | Weight | Unit Price | Total |
|---|---|---|---|---|---|
| Blueberry, 12/1 pt | 432 | Flat | 10 LBS | $20.00 | $8,640.00 |

### PAYMENTS

| Check Number | Receipt Date | | | | Amount |
|---|---|---|---|---|---|
| 1816925 | 07/13/2009 | | | | $8,640.00 |
| 1816925 | 07/20/2009 | | | | ($8,640.00) |

\*\*\* PAYMENT DUE 14 DAYS FROM "INVOICE" DATE. THANK YOU! \*\*\*
06/23/09

**COPY**

Sub-Total: $8,640.00
Payment Received: $0.00
Balance Due: $8,640.00

---

C.H. Robinson Company, 20860 N Tatum Blvd, Suite 350, Phoenix, AZ  85050
Fed Tax ID 41-0680048, D&B 806737383, MC 131029 Tel: 480-483-4998

**Please reference invoice 52363060 when remitting payment.
If you have questions regarding this invoice or your account, please call Amanda Fast at 800-487-1638.**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the Perishable Agricultural Commodities act, 1930 (7 U.S.C.499E (C)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  You agree to pay interest at 1.5% per month and any attorneys fees incurred necessary to collect payment.  Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.
Deposit of a check for less than full amount of this invoice shall not constitute an accord and satisfaction nor a full settlement of this invoice without prior written agreement.
The terms and conditions shown above constitute the complete agreement of the parties, and may only be altered in a written agreement signed by both parties.

# Simplot

**SIMPLOT FOOD GROUP**
www.SimplotFoods.com
*Bringing Earth's Resources to Life!*

## Invoice

| Invoice Date | Invoice Number |
|---|---|
| 07/06/09 | 52393012 |

**PLEASE REMIT TO:**
JR Simplot Company
File 749116
Los Angeles CA 900749116

**Sold To:** 10129496
Bashas Distribution Center
PO Box 488
Chandler AZ 85244

**Ship To:** 10129497
Bashas Distribution Center
200 S 56th St
Chandler AZ 85226

Bashas Distribution Center
PO Box 488
Chandler AZ 85244

| Order Date | Order No. | Cust No. | Ship Date | Broker Order No. | Broker No. | Broker Name |
|---|---|---|---|---|---|---|
| 06/18/09 | 973092 | 10129496 | 07/03/09 | | 10666711 | Acosta Fresh Foods - Phoenix |

| Customer PO No. | Terms of Sales | Freight Basis | FOB | Vehicle ID |
|---|---|---|---|---|
| 658542 | 2% 10 Days Net 15 | Prepaid | Delivered | MTR WEST#392 |

Delivery Instructions

| Shipment No. | Load No. | Shipped From |
|---|---|---|
| 3385900 | | 708002 Simplot Heyburn |

| Line No. | Qty Ordered | SKU Number | Product Description | Qty Shipped | Gross Weight | Product Price | Product Amount | Dist to DC | Product DC Price | Product DC Amount | Delivery Charge | Total Product Price | Total Product Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 | 480 | 10071178299264 | Classic Mashed Home Cooked 6/4lb | 480 | 12,480 | 17.3900 | 8,347.20 | .0000 | 17.3900 | 8,347.20 | .0000 | 17.3900 | 8,347.20 |
| 2.000 | 144 | 10071179224013 | Payette Farms Fries Thin SC 6/5lb | 144 | 4,608 | 14.0800 | 2,027.52 | .0000 | 14.0800 | 2,027.52 | .0000 | 14.0800 | 2,027.52 |
| 3.000 | 420 | 10071178470335 | Simplot Wedge CC 6 Cut 6/5lb Krunchie | 420 | 13,440 | 17.5200 | 7,358.40 | .0000 | 17.5200 | 7,358.40 | .0000 | 17.5200 | 7,358.40 |
| 4.000 | 14 | 10071179932666 | Classic Guac Extreme Sup 12/1lb Bag | 14 | 196 | 33.7600 | 472.64 | .0000 | 33.7600 | 472.64 | .0000 | 33.7600 | 472.64 |
| 5.000 | 48 | 10071179470144 | SeasonedCrisp Savory Fries Loops 1/3" 6/5lb | 48 | 1,536 | 22.9000 | 1,099.20 | .0000 | 22.9000 | 1,099.20 | .0000 | 22.9000 | 1,099.20 |
| 6.000 | 28 | 10071179187325 | Classic Corn Cob 3" Jubilee 96ct | 28 | 910 | 17.4100 | 487.48 | .0000 | 17.4100 | 487.48 | .0000 | 17.4100 | 487.48 |
| 7.000 | 20 | 10071179189497 | Classic Pea 12/40oz | 20 | 625 | 22.5300 | 450.60 | .0000 | 22.5300 | 450.60 | .0000 | 22.5300 | 450.60 |
| 8.000 | 10 | 10071179180395 | Classic Bean Green 1.5" 12/32oz. | 10 | 253 | 17.4500 | 174.50 | .0000 | 17.4500 | 174.50 | .0000 | 17.4500 | 174.50 |
| 9.000 | 70 | 10071179603337 | Culinary Select Blend Antigua 8/3lb | 70 | 1,785 | 28.1400 | 1,969.80 | .0000 | 28.1400 | 1,969.80 | .0000 | 28.1400 | 1,969.80 |
| 10.000 | 70 | 10071179602026 | Culinary Select Blend Tuscan 8/3lb | 70 | 1,785 | 28.1400 | 1,969.80 | .0000 | 28.1400 | 1,969.80 | .0000 | 28.1400 | 1,969.80 |
| 11.000 | 144 | 10071179325209 | Skincredibles Potato Chunks 6/6lb Skin-on | 144 | 5,472 | 20.9100 | 3,011.04 | .0000 | 20.9100 | 3,011.04 | .0000 | 20.9100 | 3,011.04 |
| | | | | 1,448 | 43,090 | | 27,368.18 | | | 27,368.18 | | | |

**Freight Cost Summary**
Freight To DC

\*\* Guaranteed \*\*

| | |
|---|---|
| Product Amount: | $ 27,368.18 |
| Total Freight Charges: | .00 |
| Total Misc Charges: | .00 |
| Invoice Total: | 27,368.18 |
| Cash Discount: | 547.37 |
| Pay This Amount By 07/16/09 For Discount: | $ 26,820.81 |

Continued on Next Page

Page: 1

D_U_N_S 00_907_3503 - FEIN 82-0196611

Case 2:09-bk-16050-JMM    Doc 738-2    Filed 10/09/09    Entered 10/09/09 08:37:37
Desc Exhibit Representative Invoices    Page 3 of 5

# Simplot

**SIMPLOT FOOD GROUP**
www.SimplotFoods.com
*Bringing Earth's Resources to Life!*

## Invoice

| | |
|---|---|
| Invoice Date | Invoice Number |
| 07/06/09 | 52393012 |

**PLEASE REMIT TO:**
JR Simplot Company
File 749116
Los Angeles CA 90074-9116

Sold To: 10129496
Bashas Distribution Center
PO Box 488
Chandler AZ 85244

Ship To: 10129497
Bashas Distribution Center
200 S 56th St
Chandler AZ 85226

| Order Date | Order No. | Cust No. | Ship Date | Broker Order No. | Broker No. | Broker Name |
|---|---|---|---|---|---|---|
| 06/18/09 | 973092 | 10129496 | 07/03/09 | | 10666711 | Acosta Fresh Foods - Phoenix |

| Customer PO No. | Terms of Sales | Freight Basis | FOB | Vehicle ID |
|---|---|---|---|---|
| 658542 | 2% 10 Days Net 15 | Prepaid | Delivered | MTR WEST#392 |

| Delivery Instructions | Shipment No. | Load No. | Shipped From |
|---|---|---|---|
| | 3385900 | | 708002 Simplot Heyburn |

Bashas Distribution Center
PO Box 488
Chandler AZ 85244

| Line No. | Qty Ordered | SKU Number | Product Description | Qty Shipped | Gross Weight | Product Price | Product Amount | Dist to DC | Product DC Price | Product DC Amount | Delivery Charge | Total Product Price | Total Product Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**This Invoice delinquent if not paid in full by 07/21/09**

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received." In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. Failure to pay when due will result in the addition of an interest charge at the rate of 1.5% per month.

This invoice may not reflect actual customer delivered cost.

| Total Qty | Gross Weight | Invoice Total |
|---|---|---|
| 1,448 | 43,090 | 27,368.18 |

Refer questions about this invoice to Linda Winburn   Ext. 8270   (800) 575-8910

D_U_N_S 00_907_3503 - FEIN 82-0196611

Page: 2

Case 2:09-bk-16050-JMM    Doc 738-2    Filed 10/09/09    Entered 10/09/09 08:37:37
Desc Exhibit Representative Invoices    Page 4 of 5

# INVOICE

Correspondence to:
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

Remit Payments To:
DEL MONTE FRESH PRODUCE N.A., INC.
PO BOX 51553
LOS ANGELES   CA   90051-5853

Bill To:
BASHA'S, INC.
PO BOX 488

CHANDLER   AZ   85244-0488
**[8524404887]**

Ship To:
BASHA'S, INC.
200 S. 56TH ST.

CHANDLER   AZ   85226

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 1988445 | 07/03/09 | 07/02/09 | 988445 | 661735 | Clay | | W25771 |

## PRODUCT DESCRIPTION

| | | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | 050 | RB  51  NL  POTATOES: RUS 50CT | | | L | US | P2W | P2 P2 | 84 | $19.00 | $1,596.00 |
| | | Product of United States | | | | | | | | | |
| PA | 080 | RB  51  NL  POTATOES: RUS 80CT | | | L | US | P2W | P2 P2 | 126 | $19.00 | $2,394.00 |
| | | Product of United States | | | | | | | | | |
| MF | 85P | 40  NL  MIX FRUIT: 8/5# | | | L | US | P2W | P2 P2 | 40 | $23.00 | $920.00 |
| | | Product of United States | | | | | | | | | |
| XP | | 65  BLUE CHEP PALLETS | | | S | US | P2W | P2 P2 | 8 | $0.00 | $0.00 |

**Invoice Total Please Remit In U.S. Dollars**  $4,910.00

Sales Person: 135
Customer #/Code: 20018   /BASHAS
Trade Terms: D   -DELIVERED SALE
Order Type: DC/FCO DELIVERED

### TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to: Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

**COPY - NOT AN ORIGINAL INVOICE**

## DEL MONTE FRESH PRODUCE N.A., INC.  REMITTANCE ADVICE

Bill To:  20018
Bill To Name:  BASHA'S, INC.
P.O. #:  661735

Invoice #:  1988445
Invoice Date:  07/03/09
Invoice Amount:  $4,910.00
Remittance Amount: