# EXHIBIT A-4

# INVOICE

**Apio Eat Smart®**

DEPT. 33624, P.O. BOX 39000
SAN FRANCISCO, CA 94139
(805) 343-2835 · FAX (805) 343-2849
www.apioinc.com

| | |
|---|---|
| Page - | 1 |
| Invoice No | 303803 |
| Invoice Date | 6/19/2009 |
| Actual Ship | 6/18/2009 |
| Freight Terms | Delivered |
| Pay Terms | NET 10 DAYS |

Customer PO: 658436

**Sold To:** Bashas' Inc
Accounts Payable Department
PO Box 488
Chandler  AZ  85244

**Ship To:** Bashas' Inc
Los Angeles  CA

Order No: 360739  Salesman: Ramirez  Carrier Name: COCHIOLO
Broker:  License No: GD53

| Description | | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IN-STORE TRAY SNAPPEA 3X2.5#ES | Product Of USA Mexico | 50 | 17.5600 | 878.00 |
| PETITE FILM-TOP 4X18OZ ES | Product Of USA Mexico | 50 | 11.9100 | 595.50 |
| SNAP PEA BAG 12X8OZ EATSMART | Product Of USA | 50 | 16.6600 | 833.00 |
| BROCCOLI 9X12OZ EATSMART | Product Of USA | 100 | 8.1600 | 816.00 |
| CAULIFLOWER 9X10OZ EATSMART | Product Of USA | 30 | 8.1600 | 244.80 |
| BROCCOLI SLAW 9X12OZ EATSMART | Product Of USA | 50 | 5.6600 | 283.00 |
| BROC-CAULI 9X12OZ EATSMART | Product Of USA | 50 | 8.1600 | 408.00 |
| VEG MEDLEY 9X12OZ EATSMART | Product Of USA | 100 | 8.1600 | 816.00 |
| BROC-CARROT 9X12OZ EATSMART | Product Of USA | 50 | 8.1600 | 408.00 |
| STIR FRY 9X12OZ EATSMART | Product Of USA | 40 | 8.1600 | 326.40 |
| 40X48 CHEP PALLET | | 5 | .0000 | |

Total Quantity: 570  Total Amount: 5,608.70

## SEE REVERSE FOR ADDITIONAL TERMS AND CONDITIONS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A FINANCE CHARGE will be assessed if payment in full is not received per the payment terms of this invoice. THE FINANCE CHARGE is determined by applying the periodic rate corresponding to an annual percentage rate to the unpaid balance on which the FINANCE CHARGE is computed. The monthly periodic rate is 1½% equal to an 18% ANNUAL PERCENTAGE RATE or such rate which may be permitted by local applicable state law. All reasonable legal fees to be paid by defendant in any court.

In the event litigation is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover its costs and reasonable attorney's fees incurred thereby from the other party, in addition to any other damages allowed by law.

GOOD DELIVERY STANDARDS APPLY TO ALL SALES (WHETHER MADE ON AN F.O.B. OR A DELIVERED BASIS) EXCLUDING BRUISING AND/OR DISCOLORATION AND/OR SMALL AND/OR SPREAD BUD CLUSTERS ON BROCCOLI. No claims of whatsoever nature will be considered unless Buyer within 8 hrs (2) presents satisfactory evidence of proper in transit temperatures maintained by carrier and (3) presents destination U.S.D.A. inspection certificate obtained at his expense within 24 hours after arrival. Remittance is to be made at seller's address unless Seller, in writing, authorizes a different address. U.S.D.A. wording on check or any accompanying statement. Payment of lesser amount will not constitute payment in full regardless of wording on check or any accompanying statement.

Case 2:09-bk-16050-TMM  Doc 353  Filed 10/14/09  Entered 10/14/09 20:52:58  Desc Exhibit A-4 -- Representative Sample Invoices  Page 2 of 13



**BEACHSIDE PRODUCE, LLC**
DEPT LA22971 • PASADENA, CA 91185-2971
(805) 249-5525 • FAX (805) 343-6617

# INVOICE

| | |
|---|---:|
| Page - | 1 |
| Invoice No | **247308** |
| Invoice Date | 5/26/2009 |
| Actual Ship | 5/26/2009 |
| Freight Terms | FOB |
| Pay Terms | NET 10 DAYS |

Customer PO: 00653295

**Sold To:** Bashas' Inc
Accounts Payable Department
PO Box 488
Chandler  AZ  85244

**Ship To:** Bashas' Inc
Chandler  AZ

| Order No: | 160885 | Salesman: | Hinojosa | Carrier Name: | VERNI |
|---|---|---|---|---|---|
| Broker: | | | | License No: | 4CH9333 |

| Description | | Quantity | Unit Price | Extended Price |
|---|---|---:|---:|---:|
| BROCCOLI CR 20# SONG HEE RED | PRODUCT OF USA | 168 | 9.2500 | 1,554.00 |
| CELERY 24CT FRESH | PRODUCT OF USA | 32 | 7.7500 | 248.00 |
| CELERY 36CT FRESH | PRODUCT OF USA | 128 | 7.7500 | 992.00 |
| BUTTER LETT 24CT FRESH | PRODUCT OF USA | 20 | 7.7500 | 155.00 |
| SPINACH 24CT FRESH | PRODUCT OF USA | 84 | 7.7500 | 651.00 |
| LETT CLR 24CT BEACHSIDE | PRODUCT OF USA | 320 | 7.7500 | 2,480.00 |
| ROMAINE WLNR 24CT BEACHSIDE | PRODUCT OF USA | 105 | 6.5000 | 682.50 |
| GR LEAF WLNR 24CT BEACHSIDE | PRODUCT OF USA | 84 | 6.5000 | 546.00 |
| RD LEAF WLNR 24CT BEACHSIDE | PRODUCT OF USA | 42 | 6.5000 | 273.00 |

Total Quantity: 983        Total Amount: 7,581.50

Short pay of 200.00 taken, invalid deduction. Remit payment on balance due of 200.00.



200.00
=========

**SEE REVERSE FOR ADDITIONAL TERMS AND CONDITIONS**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A FINANCE CHARGE will be assessed if payment in full is not received per the payment terms of this invoice. THE FINANCE CHARGE is determined by applying the periodic rate corresponding to an annual percentage rate to the unpaid balance on which the FINANCE CHARGE is computed. The monthly periodic rate is 1½% equal to an 18% ANNUAL PERCENTAGE RATE or such rate which may be permitted by local applicable state law. All reasonable legal fees to be paid by defendant in any court.

In the event litigation is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover its costs and reasonable attorney's fees incurred thereby from the other party, in addition to any other damages allowed by law.

GOOD DELIVERY STANDARDS APPLY TO ALL SALES (WHETHER MADE ON AN F.O.B. OR A DELIVERED BASIS). EXCLUDING BRUISING AND/OR DISCOLORATION ON LETTUCE, ENLARGED AND/OR OPEN BUD CLUSTERS ON BROCCOLI. No claims considered unless buyer (1) reports within 8 hours after delivery by truck or rail (2) presents satisfactory evidence of proper in transit temperatures maintained by carrier; and (3) presents destination U.S.D.A. inspection certificate obtained at his expense within 24 hours after arrival. Remittance is to a lock box. Any payment for less than the original invoice amount or authorized amount will not constitute payment in full regardless of wording to the contrary on check or any accompanying statement.



# Christopher Ranch, LLC

| INVOICE NO. | PAGE |
|---|---|
| 00455298 | 01 |

| INVOICE DATE |
|---|
| 06/23/09 |

*CHRISTOPHER RANCH, LLC*
*305 Bloomfield Avenue*
*Gilroy, California 95020-9565*

Phone: 408-847-1100
Fax: 408-847-0581
E-mail: ar@christopherranch.com

BILL TO:
Western Produce Co/Basha's
Accounts Payable Department
PO Box 488
Chandler, AZ 85244

SHIP TO:
Western Produce Co
200 S 56th St
Chandler, AZ 85226 3303

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP | SALES REP NAME |
|---|---|---|---|---|---|
| 407870 | 06/15/09 | 000000001359 | 003 | 027 | Doug Urbach |

| CUSTOMER P.O. NUMBER | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| 11654 | 10 Days | LA Local | DEL |

| ITEM NUMBER / DESCRIPTION | QTY. ORDERED | QUANTITY SHIPPED | UNIT PRICE | UOM | EXTENDED PRICE |
|---|---|---|---|---|---|
| WHL6OZ Garlic Peeled No1 6oz Jar 12per ca Product of USA | 10.00 | 10.00 | 14.850 | CS | 148.50 |

COMMENTS:

State of California Food and Drug Branch
Organic Registration Number: 4266

| | |
|---|---|
| SALE AMOUNT | 148.50 |
| MISC./HANDLING | .00 |
| AMOUNT DUE | 148.50 |

THE WARRANTY OF SUITABLE SHIPPING CONDITION, DUE TO CONDITION DEFECTS, SHALL BE DEEMED WAIVED IF, ON F.O.B. SHIPMENTS, WHICH WERE SIGNED FOR BY THE DRIVER. THE RECEIVER DOES NOT RECOVER THE TEMPERATURE RECORDER(S) INCLUDED WITH THE LOAD.

THE PRODUCE DESCRIBED ON THIS INVOICE IS FOR DOMESTIC SHIPMENTS ONLY. THE WARRANTIES OF SUITABLE SHIPPING CONDITION AND MERCHANTABILITY, AND/OR ANY OTHER WARRANTY, EITHER EXPRESS OR IMPLIED, SHALL BE DEEMED WAIVED FOR SALES OUTSIDE THE CONTINENTAL UNITED STATES OF AMERICA.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE IN WRITING WITH CHRISTOPHER RANCH, L.L.C. UNLESS CHRISTOPHER RANCH, L.L.C. IS NOTIFIED OF ALL CLAIMS IN WRITING WITHIN 24 HOURS OF RECEIPT OF PRODUCT, THEN ALL CLAIMS ARE WAIVED AND THIS INVOICE MUST BE PAID IN FULL. NO CLAIMS WILL BE ACCEPTED UNLESS ACCOMPANIED BY A U.S.D.A. INSPECTION CONDUCTED WITHIN 24 HOURS OF ARRIVAL. All merchandise sold F.O.B. shipping point or our place of business no grade, F.O.B. good delivery unless otherwise noted above. Past due accounts are subject to interest charge of 1 ½% per month, maximum 18% per annum, both on prejudgment and post-judgment debt. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and...

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over all of these commodities, all inventories of food or other products derived from these commodities, any accounts receivable...

ORIGINAL

# THE CHUCK OLSEN COMPANY
### A FAMILY TRADITION

P.O. Box 6487
Visalia, CA 93290-6487
Office (559) 651-5900
Fax (559) 651-8350

# INVOICE

| | |
|---|---|
| INVOICE NO.: | P2446 |
| INVOICE DATE: | 7/09/2009 |
| PAYMENT TERMS: | PACA TERMS |
| SHIPPING DATE: | 7/07/2009 |
| SHIPPED FROM: | SHIP POINT |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: BASHAS    PO#: 662946

SOLD TO:
BASHA'S INC
ACCOUNTS PAYABLE DEPARTMENT
P.O. BOX 488
CHANDLER AZ 85244

SHIP TO:
BASHA'S INC
CHANDLER AZ

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: P2446

OUR ORDER NO.: P2446    SALESMAN: ROY
BROKER:

| Product | | | Qty | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| BROCCOLI CROWNS | CROWNS | USA | 112 | 7.75 | CTN | 868.00 |
| CELERY CTN 36'S | USA | | 160 | 8.95 | CTN | 1432.00 |

PRODUCT OF USA

## NO DEDUCTIONS WITHOUT PRIOR AUTHORIZATION.

- All sales FOB no grade contracts. PACA good delivery standards apply.
- Finance charges will accrue on any past due balance at the rate of 1½% per month (18% per annum).

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
In the event legal action is commenced to collect the sums due under the terms of this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney fees incurred thereby as damages in addition to any principal balance then remaining due.
TERMS: Net 10 days. All shipments based on good delivery standards. All claims or allowances must be substantiated by a U.S.D.A. inspection and a temperature recording device record. This invoice is deemed accurate. Any discrepancies must be brought to the attention of The Chuck Olsen Co. within 24 hours of receipt.

272    2300.00

201-03-ROSE110.05

**COLIMAN PACIFIC CORPORATION**

IPIGFORD
4151 W. LINDBERGH WAY
CHANDLER, AZ
480-705-0601
(480) 705-0603

ZIP 85226

| ORDER |
|---|
| 72739 |
| Date |
| 06/06/2009 |
| Delivered Date |
| 06/07/09 |

CUSTOMER

134 BASHA'S INC. (BANANAS)
200 S. 56TH ST. CHANDLER, ARIZONA 85226-3303
CHANDLER    Ed 480-940-6742    Salesman: ELENA GARCÍA CONTRATO

P.O. No.
655200

REF. 12526

| CODE | DESCRIPTION | ORIGIN | QTY REQUESTED | SPURTED | | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1209 BANANA COLIMAN GOLD CA 40.00 LBS | | México | 960.00 | | CA | 0.00 | 0.00 |

6-7

Thank you for your business.    **TOTAL**    0.00

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purcharser specifically agrees to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF TE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THEN ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived form these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received"

NO CREDIT OR RETURNS AFTER 24 HOURS

Case 2:09-bk-16050-JMM    Doc 813-5    Filed 10/14/09    Entered 10/14/09 20:52:58
Desc Exhibit A-4  --  Representative Sample Invoices    Page 6 of 13



DLJ Produce
P.O. Box 2398
West Covina, Ca. 91793
Ph: (626) 330-6849
Fax: (626)330-6579

# INVOICE

**Invoice #:** 15565
**Invoice:** Jun 19, 2009
**Ship:** Jun 19, 2009
**Pay Terms:** PACA Net 10 Days

**Sold To:** Bashas' Inc.
Accounts Payable Dept.
P. O. Box 488
Chandler AZ 85244

**Ship To:** Bashas
200 S. 56th St.,
Chandler AZ 85226-3303

Page 1 of 1

**Sale Terms:** DELIVERED
**Order:** Jun 19, 2009
**Cust PO:** 658544

**Salesperson:** Coombs, William
**Via:**
**Currency:** USD

**Carrier:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Peaches Tray Pack 48/50 Yellow United States | 1848 | ctn | 17.10 | 31,600.80 |
| INVOICE TOTAL: | 1848 | | | 31,600.80 |

*Please return a copy of this invoice with your remittance - Thank You*

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499 e (c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSPECTION WITHIN 24 HOURS AFTER DELIVERY. CHARGES NOT PAID BY TERMS WILL INCUR PENALTIES OF 1-1/2% PER MONTH PLUS COLLECTION CHARGES INCLUDING ATTORNEY'S FEES.

 

# INVOICE

**Invoice No.:** 597217
**Invoice Date:** Jun 12, 2009
**Ship Date:** Jun 12, 2009
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** DYNASTY FARMS, INC.
P.O. BOX 3737, SALINAS, CA 93912

**Sold To:** BASHAS' INC.
ACCOUNTS PAYABLE DEPT
P.O. BOX 488
CHANDLER AZ 85244

**Ship To:** BASHAS' INC. # 657241
200 S 56 ST
CHANDLER, AZ 85226

DELIVERY APPT: 2AM

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DELIVERED | **Salesperson:** MARK RUSSELL | **Carrier:** ROUSSEAU FARMS INC. |
| **Order Date:** Jun 12, 2009 | **Via:** | **Trailer lic:** **St:** |
| **Buyer ID:** 1213  **PO:** 657241 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Watermelon Bin 60 Bin USA | 60 | bin | 126.40 | 7,584.00 |
| **INVOICE TOTAL:** | **60** | | | **7,584.00** |

For organic products, our CDFA registration # is 27-0406

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.



# Oneonta Trading Corporation
PO Box 549
Wenatchee WA 98807-0549
Phone: 509-888-2788   Fax: 509-663-6333

## INVOICE

Invoice #: 86774
Invoice: 6/19/2009
Ship:    6/19/2009

**Sold To:**
BASHAS
ACCOUNTS PAYABLE DEPT
PO BOX 488
CHANDLER AZ 85244

**Ship To:**
BASHAS
200 S 56TH ST
CHANDLER AZ 85226-3303

**Pay Terms:** PACA PROMT

Page 1 of 1

| | | |
|---|---|---|
| Sale Terms: FOB | Salesperson: DON ZORNES | Carrier: DILLEY |
| Order: 6/18/2009 | Via: | Trailer lic: 4HJ5467   St: CA |
| Cust PO: 658604 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---:|---|---:|---:|
| WAXF CA BRAEBURN APPLES 72 TP STARR RANCH | 245 | ctn | 12.90 | 3,160.50 |
| WAXF CA FUJI APPLES 80 TP STARR RANCH | 98 | ctn | 20.90 | 2,048.20 |
| WAXF CA RED DEL APPLES 80 TP STARR RANCH | 245 | ctn | 16.90 | 4,140.50 |
| PREMIUM CA RED DEL APPLES 113 TP STARR RANCH | 98 | ctn | 14.90 | 1,460.20 |
| PREMIUM CA GALA APPLES 125 TP STARR RANCH | 147 | ctn | 20.90 | 3,072.30 |
| WAXF CA GALA APPLES 12/3-21/2 BAGS STARR RANCH | 80 | ctn | 20.90 | 1,672.00 |
| WAXF CA RED DEL APPLES 12/3-21/2 BAGS STARR RANCH | 40 | ctn | 10.00 | 400.00 |
| INVOICE TOTAL: | 953 | | | 15,953.70 |

*Please include invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1% per month (12% annually), or at the highest rate permitted by law, will be applied to all past due accounts. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted the action.

All claims must be reported by written notice received by seller within 24 hours of arrival and supported by a doubt of USDA inspection certificate. No deductions will be made without written authorization from seller.

Case 2:09-bk-16050-JMM   Doc 813-5   Filed 10/14/09   Entered 10/14/09 20:52:58
Desc Exhibit A-4 -- Representative Sample Invoices   Page 9 of 13

Case 2:09-bk-16050-JMM    Doc 813-5    Filed 10/14/09    Entered 10/14/09
Desc Exhibit A-4 -- Representative Sample Invoices    Page 10 of 13

# INVOICE

**Prime Time Sales, LLC**

P&TIME
TIME.

86-705 AVE. 54, STE A
COACHELLA, CA 92236
(760) 399-4166

Invoice #: 187636C
Invoice: Jul 13, 2009
Ship: Jun 05, 2009
Pay Terms: Net 10

Customer Id: BASHAS

| Sold To: Bashas' Inc. | Ship To: Bashas' Inc. |
|---|---|
| Attn: Accounts Payable | 200 South 56th Street |
| P.O. Box 488 | Chandler AZ 85226-3303 |
| Chandler AZ 85244-0488 | US |
| US | |

| Sale Terms: FOB-DC | Salesperson: Jeff Taylor | Carrier: | |
|---|---|---|---|
| Order: Jun 05, 2009 | Via: | Trailer lic: | St: |
| Cust PO: 657717 | Currency: USD | Broker: | |

| Description / Warehouse | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Red Peppers Prime Time 15# Euro Xlarge Produce of USA    WPS-Oxnard | 160 | ctn | 10.95 | $1,752.00 |
| INVOICE TOTAL: | 160 | | | $1,752.00 |

FROM SAFEWAY PER GR 7-13-09

File Copy

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from those commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

1.5% per month will be charged on past due accounts (18% annual percentage rate)



# INVOICE

INT.ORD/DOC   2468068-04                PAGE   1        Invoice No.   02671298    6/21/09

```
     BASHAS DISTR                          SHIP FROM: Irwindale, California
     200 S.56TH STREET                                4401 Foxdale Avenue
     CHANDLER                                         Irwindale      CA  91706
     AZ    85226                              OFFICE      626 856-8686
                                              FAX         626 480-8707

     BASHAS DIST                            REMIT TO: READY PAC PRODUCE, INC.
     P.O. BOX 488                                     4192 SOLUTIONS CENTER
     ATTN: ACCOUNTS PAYABLE                           CHICAGO, IL 60677-4001
     CHANDLER                                 BUS # (626) 856-8686
     AZ    85244                              FAX # (626) 480-8707
```

| CUST# | PO NUMBER | FOB | TERMS | PLEASE REMIT BY | PRICING DATE |
|---|---|---|---|---|---|
| 114001 | 658645 | ZONE 2 (TO ARIZ | NET 21 DAYS | 7/12/09 | 6/22/09 |

| ITEM NUMBER | DESCRIPTION | PACKING UNIT | QTY ORDERED | QTY SHIPPED | UM | NET WT. (LBS) | CODE DATE | U/M PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 20024 | Caesar Romaine Bil1 | 6/10 oz | 15.00 | 15.00 | CS | 56.2 | | 6.25 | 93.75 |
| 20028 | All American Salad | 6/12oz | 15.00 | 15.00 | CS | 67.5 | | 6.25 | 93.75 |
| 20538 | Salad Euro Spring Mix | 6/5 Oz | 20.00 | 20.00 | CS | 37.5 | | 6.25 | 125.00 |
| 20676 | Salad Euro Spinach | 6/6 Oz | 20.00 | 20.00 | CS | 45.0 | | 6.25 | 125.00 |
| 20683 | Mixes Stir Fry | 6/11 Oz | 20.00 | 20.00 | CS | 82.5 | | 6.00 | 120.00 |
| 21357 | Spinach Microwavable | 6/9 Oz | 15.00 | 15.00 | CS | 50.6 | | 8.60 | 129.00 |
| 21407 | Romaine Bella | 6/10 Oz | 15.00 | 15.00 | CS | 56.2 | | 6.25 | 93.75 |
| 22040 | Grand Parisian Kit | 6/16 oz | 10.00 | 10.00 | CS | 60.0 | | 19.35 | 193.50 |
| 22092 | Celery Sticks CVl AP | 4/14 oz | 5.00 | 5.00 | CS | 17.5 | | 8.05 | 40.25 |
| 22093 | Carrot Sticks CVL AP | 4/14 oz | 10.00 | 10.00 | CS | 35.0 | | 8.05 | 80.50 |
| 22094 | Party Sticks CVl AP | 4/14 oz | 5.00 | 5.00 | CS | 17.5 | | 8.05 | 40.25 |
| 22292 | CC Carrots w/Rnch | 12/6.75oz | 5.00 | 5.00 | CS | 25.3 | | 12.50 | 62.50 |
| 22293 | CC Celery w/Ranch | 12/6.75oz | 5.00 | 5.00 | CS | 25.3 | | 12.50 | 62.50 |
| 22390 | Pico de Gallo  CVL | 4/8 oz | 15.00 | 15.00 | CS | 30.0 | | 6.05 | 90.75 |
| 22393 | Pepper Tri Dcd CVL | 4/5 OZ | 10.00 | 10.00 | CS | 12.5 | | 5.20 | 52.00 |
| 22395 | Salad Confetti | 4/6.5 OZ | 2.00 | 2.00 | CS | 3.2 | | 4.85 | 9.70 |
| 22396 | Bruschetta  CVL | 4/10.5 oz | 2.00 | 2.00 | CS | 5.2 | | 9.20 | 18.40 |
| 22398 | Pepp and Onion Slcd | 4/6 OZ | 5.00 | 5.00 | CS | 7.5 | | 5.20 | 26.00 |
| 22419 | Pico de Gallo | 4/18 oz | 10.00 | 10.00 | CS | 45.0 | | 8.69 | 86.90 |
| 22632 | Spinach Spring Mix | 6/6oz | 15.00 | 15.00 | CS | 33.7 | | 6.25 | 93.75 |
| 29185 | Salad Bowl Chef | 6/7.75 oz | 15.00 | 15.00 | CS | 43.5 | | 12.50 | 187.50 |
| 29186 | Salad Bowl Chkn Caesar | 6/6.25oz | 10.00 | 10.00 | CS | 23.4 | | 12.50 | 125.00 |
| 29187 | Salad Bowl Cobb | 6/7.25 oz | 10.00 | 10.00 | CS | 27.1 | | 12.50 | 125.00 |
| 29188 | Salad Bowl Santa Fe | 6/6.25 oz | 15.00 | 15.00 | CS | 35.1 | | 12.50 | 187.50 |
| 29189 | Salad Bowl Chicken Cran | 6/5 oz | 10.00 | 10.00 | CS | 18.7 | | 12.50 | 125.00 |
| 92284 | Pallet Chep Rental 40" X 48" | | | .00 | EA | .0 | | .00 | .00 |
| | | TOTAL: | 279.00 | 279.00 | | 861.0 | | | $2,387.25 |

A FINANCE CHARGE calculated at the rate of 1½% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS. Should it become necessary to initiate legal action to collect the sums due hereunder, the prevailing party in any such action shall be entitled to recover its actual attorneys' fees and costs incurred in any such action, in addition to such other relief as may be awarded.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



**SIERRA PRODUCE**

2600 NEWPORT BLVD., SUITE 122
NEWPORT BEACH, CA 92663
(949) 675-1129 • FAX (949) 673-7203
www.sierraproduce.com

# INVOICE

**Invoice #:** 302268
**Invoice:** Jun 09, 2009
**Ship:** Jun 09, 2009
**Pay Terms:** NET 10

Sold To: BASHAS', INC.
P.O. BOX 488
CHANDLER AZ 85244-0488

Ship To: BASHAS', INC.
200 S 56TH ST
CHANDLER AZ 85226-3303
FAX 480-940-2201

Page 1 of 1

| Sale Terms: DELIVERED | Salesperson: CRAIG SILVA | Carrier: SANCHEZ | |
|---|---|---|---|
| Order: Jun 08, 2009 | Via: Truck | Trailer Lic: FILA | St: CA |
| Cust PO: 656167 | Currency: USD | | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| PACKAM PEARS WRAPS 120'S PRODUCT OF CHILE | 128 | ctn | 16.50 | 2,112.00 |
| BOSC PEARS WRAPS 100'S PRODUCT OF CHILE | 128 | ctn | 20.50 | 2,624.00 |
| INVOICE TOTAL: | 256 | | | 4,736.00 |

BUYER: ED GONZALEZ



The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1 1/2% Per Month (18% Annually) will be applied to all past due accounts.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.

# Valley Produce LLC
6868 N. Seventh Ave. Suite 101
Phoenix, AZ 85013
(602) 774-3668
Fax: 602-774-3674

## Invoice

Acct #: 14

Invoice #: 2987.00
Ship Date: 06/30/2009
Invoice Date: 06/30/2009
Your P.O. #: 661216
Salesman: Brian

**Sold To:**

Bashas'
P.O. Box 488
Chandler, AZ 85244-0488

**Ship To:**

SAME

| Truck: | Due Date: 07/10/2009 | Terms: Net 10 Days |
| --- | --- | --- |
| | Freight: Delivered | |

| Description | Label | Quantity | Units | Price | P/C | Total |
| --- | --- | --- | --- | --- | --- | --- |
| SEEDLESS WATERMELON 60 COUNT | | 60 | | 126.00 | | 7,560.00 |
| SEEDLESS WATERMELON 60 COUNT | | 41100 | | 0.00 | | 0.00 |
| | | 41160 | | Total: | | 7,560.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Miscellaneous Terms:
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.