# EXHIBIT B

**EXHIBIT B**



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
85226 E-Mail:www.coliman.com

www.coliman.com    Phone: 480-705-0601    Fax: (480) 705-0603

CHANDLER, AZ

# Invoice

| Date | Invoice # |
|------|-----------|
| 6 / 24 / 2009 | 73420 |
| Delivered | |
| 6 / 24 / 2009 | 73420 |

**ORDER LINE** 480 598 8525

| Bill To | Ship To |
|---------|---------|
| 181<br>FOOD CITY<br>1845 N. SCOTSDALE RD.<br>Tempe, ARIZONA,                085281 | FOOD CITY<br>NO. 41<br>1845 N. SCOTSDALE RD.<br>Tempe, ARIZONA,                085281 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|----------|-------|-----|------|-----|--------|--------|
|  | 21 Days | AUREO CALLES |  |  |  |  |

| Quantity | Item Code | Description | Origin | Pounds | Price Each | Amount |
|----------|-----------|-------------|--------|--------|------------|--------|
| 2.00 | 1904 | Key Lime  700's | Mexico |  | 12.00 | 24.00 |
| 5.00 | 2504 | PINEAPPLE GOLD HAWAIIAN 7'S | Mexico |  | 7.00 | 35.00 |
| 5.00 | 3902 | Cilantro 60ct | USA |  | 16.00 | 80.00 |

*Thank you for your business.*

**Received by:**

| | |
|---|---|
| Sub-Total | 139.00 |
| Tax | 0.00 |
| **Total** | **139.00** |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agress to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF TE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THEN ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

**NO CREDIT OR RETURNS AFTER 24 HOURS**

# COLIMAN PACIFIC CORPORATION

**COLIMAN GRUPO**

www.coliman.com

4151 W. LINDBERGH WAY
85226 E-Mail:www.coliman.com
Phone: 480-705-0601          Fax: (480) 705-0603

CHANDLER, AZ

## Invoice

| Date | Invoice # |
|------|-----------|
| 7 / 10 / 2009 | 74063 |
| **Delivered** | |
| 7 / 10 / 2009 | 0 |

ORDER **480 598 8525**
LINE

| Bill To | Ship To |
|---------|---------|
| 181<br>FOOD CITY<br>1338 E APACHE BOULEVARD TEMPE AZ 85281<br>Tempe, ARIZONA,          085281 | FOOD CITY<br>NO.96<br>1338 E APACHE BOULEVARD TEMPE AZ 85281<br>Tempe, ARIZONA,          085281 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|----------|-------|-----|------|-----|--------|--------|
| | 21 Days | AUREO CALLES | | | | |

| Quantity | Item Code | Description | Origin | Pounds | Price Each | Amount |
|----------|-----------|-------------|--------|--------|-----------|--------|
| 2.00 | 2102 | Limes 230's | MEXICO | | 12.00 | 24.00 |
| 6.00 | 2208 | Mangoes 12's | MEXICO | | 4.50 | 27.00 |
| 2.00 | 2504 | PINEAPPLE GOLD HAWAIIAN 7'S | | | 4.50 | 9.00 |
| 2.00 | 3904 | Epazote 12's | MEXICO | | 9.00 | 18.00 |
| 4.00 | 4216 | ONIONS MEXICAN GREEN 24'S | | | 6.50 | 26.00 |
| 1.00 | 4312 | Serrano Pepper 10 # | | | 27.00 | 27.00 |
| 1.00 | 4316 | BELL PEPPER GREEN MEDIUM 25# | USA | | 16.00 | 16.00 |
| 2.00 | 4604 | SQUASH ITALIAN (ZUCCHINI) 25# | USA | | 10.00 | 20.00 |
| ~~2.00~~ | 4701 | ~~Tomatillo 40#~~ | MEXICO | | ~~15.00~~ | ~~30.00~~ |
| 5.00 | 4709 | Tomatoe 5 x 5 | Mexico | | 13.00 | 65.00 |
| 1.00 | 5102 | Pinto Beans 50# | | | 28.50 | 28.50 |

$ 260.50

| | |
|---|---|
| Sub-Total | ~~290.50~~ |
| Tax | 0.00 |
| **Total** | ~~290.50~~ |

$ 260.50

*Thank you for your business.*

Received by: _[signature]_

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purcharser specifically agress to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF TE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THEN ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

**NO CREDIT OR RETURNS AFTER 24 HOURS**

# Invoice

**COLIMAN PACIFIC CORPORATION**

4151 W. LINDBERGH WAY

85226 E-Mail:www.coliman.com

www.coliman.com

Phone: 480-705-0601     Fax: (480) 705-0603

CHANDLER, AZ

ORDER LINE **480 598 8525**

| | Date | Invoice # |
|---|---|---|
| | 5 / 29 / 2009 | 72399 |
| Delivered | | |
| | 5 / 29 / 2009 | 72399 |

| Bill To | Ship To |
|---|---|
| 121 FOOD CITY 1245 E. SOUTHERN AVE Mesa, ARIZONA,          000000 | FOOD CITY NO.101 1245 E. SOUTHERN AVE Mesa, ARIZONA,          000000 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| | 21 Days | ARACELY CERDA | | | | |

| Quantity | Item Code | Description | Origin | Pounds | Price Each | Amount |
|---|---|---|---|---|---|---|
| 4.00 | 2102 | Limes 230's | Mexico | | 10.00 | 40.00 |
| 4.00 | 2504 | PINEAPPLE GOLD HAWAIIAN 7'S | Mexico | | 11.00 | 44.00 |
| 20.00 | 4302 | Anaheim No. 2 de 24# | Mexico | | 8.75 | 175.00 |
| 15.00 | 4706 | TOMATOE ROMA | | | 8.00 | 120.00 |

*Thank you for your business.*

Received by:

| | |
|---|---|
| Sub-Total | 379.00 |
| Tax | 0.00 |
| **Total** | **379.00** |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agress to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF TE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THEN ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

**NO CREDIT OR RETURNS AFTER 24 HOURS**

# Invoice

**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
85226 E-Mail:www.coliman.com

www.coliman.com    Phone: 480-705-0601    Fax: (480) 705-0603

CHANDLER, AZ

ORDER **480 598 8525**
LINE

| Date | Invoice # |
|---|---|
| 6 / 27 / 2009 | 73509 |
| Delivered | |
| 6 / 27 / 2009 | 0 |

| Bill To | Ship To |
|---|---|
| 181<br>FOOD CITY<br>3205 E MC DOWELL RD PHOENIX, AZ 85008<br>Phoenix, ARIZONA,                   085008 | FOOD CITY<br>NO.148<br>3205 E MC DOWELL RD PHOENIX, AZ 85008<br>Phoenix, ARIZONA,                   085008 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| | 21 Days | AUREO CALLES | | | | |

| Quantity | Item Code | Description | Origin | Pounds | Price Each | Amount |
|---|---|---|---|---|---|---|
| 25.00 | 4706 | TOMATOE ROMA | mexico | | 10.00 | 250.00 |

*Thank you for your business.*

**Received by:**

| | |
|---|---|
| Sub-Total | 250.00 |
| Tax | 0.00 |
| **Total** | **250.00** |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agress to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF TE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THEN ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

**NO CREDIT OR RETURNS AFTER 24 HOURS**



**RYNN & JANOWSKY, LLP**
LAW OFFICES

P.O. Box 20799
Oakland, California 94620
Telephone 510.705.8894
Facsimile 510.705.8737
www.rjlaw.com

**Marion I. Quesenbery**
marion@rjlaw.com

## NOTICE OF INTENT TO PRESERVE PACA TRUST BENEFITS

July 23, 2009

**Via Facsimile [(480) 895-5263] & Federal Express**

Bashas', Inc.
200 S. 56th Street
Chandler, AZ 85244

Dear Sir or Madam:

This letter is Coliman Pacific Corporation's ("Coliman") Notice of Intent to Preserve Trust Benefits under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c), for various shipments to you. Specifically, Coliman notifies your office of unpaid contracts in which Coliman, 4151 W. Lindbergh Way, Chandler, Arizona, agreed to sell and Bashas, Inc. ("Bashas'") agreed to purchase fresh fruit and vegetables. Attached to this Notice are three exhibits, which provide the details relating to each shipment.

Specifically, the following Exhibits are attached:

Exhibit 1: the 3rd column (beginning with 72744) is the invoice number for the transaction; the next column (beginning with 655668) is the P.O. number; the "Date" column is the date of shipment/delivery; the "Original Amount" column shows the price agreed to in the transaction; the "Non Due Balance" column is the amount owed by Bashas on the invoices (the "non due" verbiage simply means that at the time that this "Balance Detail" was printed the sum was not yet past due); the "Due Balance" is the amount owed by Bashas' on the invoices, which is past due. In short, as Exhibit 1 shows, $300,268.54 [$186,028.79 + $114,239.75] is owed by Bashas' to Coliman for the transactions shown on Exhibit 1. As you know, the payment terms were 21 days. The transactions were for the sale and purchase of mixed fresh fruit and vegetables. Because of the number of transactions involved, we have not attached the invoices, as we believe that you have them, but please let me know if you would like us to forward them to you.

Exhibit 2:  Coliman keeps a separate "Balance Detail" for the bananas that it sells to Bashas', which is the reason for a separate exhibit for bananas.  This Exhibit refers to transactions for the sale to and purchase by Bashas' of bananas, and it involves different invoices than are listed on Exhibit 1.  This Exhibit, however, contains similar categories/columns of information as Exhibit 1.  In addition, the payment terms are the same.  As this Exhibit shows, the sum owed by Bashas to Coliman on the invoices listed totals $344,066.00 [$206,266.00 + $137,800.00].

Exhibit 3:  This Exhibit shows the transactions and outstanding sums due from Bashas' dba Food City to Coliman's.  The first column contains the invoice number, and the other columns detail information in the same manner as Exhibit 1.  These transactions were for the sale and purchase of mixed fresh fruit and vegetables.  Again, the payment terms were 21 days, and because of the number of transactions involved, I have not attached the invoices, but please let me know if you would like us to forward them to you.  The total sum owed by Bashas' dba Food City for these invoices is $32,822.15 [$17,393.40 + $15,428.75].

In sum, the total amount owed by Bashas to Coliman for fresh fruit and vegetables that it purchased from Coliman is $677,156.69, for which it notifies you it intends to preserve its trust benefits.

Thank you for your immediate attention to this matter.  If you have any questions, please don't hesitate to contact me.

Sincerely,

Marion I. Quesenbery
Attorneys for Coliman Pacific Corporation

cc:    Frederick J. Petersen and David Hindman (via e-mail and fax)

# EXHIBIT 1



www.coliman.com

# COLIMAN PACIFIC CORPORATION
## MATRIZ
### *BALANCE DETAIL AT*     7/16/2009

| | INVOICE | P.O. | DATE | DUE DATE | AGING | ORIGINAL AMOUNT | NON DUE BALANCE | DUE BALANCE | DAYS PAST DUE |
|---|---|---|---|---|---|---|---|---|---|
| | Customer: | **34 BASHA'S INC.** | | | | | | | |
| PP | 208 | | 1/23/2009 | | | -1.44 | -1.11 | | |
| PP | 279 | | 3/27/2009 | | | -0.10 | -0.10 | | |
| IN | 1 72744 | 655668 | 6/7/2009 | 6/28/2009 | | 9,296.00 | 0.00 | 9,251.00 | |
| IN | 1 72745 | 655693 | 6/7/2009 | 6/28/2009 | | 667.50 | 0.00 | 622.50 | |
| IN | 1 73065 | 657787 | 6/16/2009 | 7/7/2009 | | 4,473.00 | 0.00 | 4,428.00 | |
| IN | 1 73106 | 658208 | 6/17/2009 | 7/8/2009 | | 5,373.00 | 0.00 | 5,328.00 | |
| IN | 1 73146 | 658428 | 6/18/2009 | 7/9/2009 | | 7,095.00 | 0.00 | 7,050.00 | |
| IN | 1 73193 | 358595 | 6/19/2009 | 7/10/2009 | | 2,478.00 | 0.00 | 2,433.00 | |
| IN | 1 73259 | 658795 | 6/20/2009 | 7/11/2009 | | 13,552.00 | 0.00 | 13,507.00 | |
| IN | 1 73286 | 658601 | 6/21/2009 | 7/12/2009 | | 3,004.25 | 0.00 | 2,959.25 | |
| IN | 1 73287 | 658799 | 6/21/2009 | 7/12/2009 | | 4,940.00 | 0.00 | 4,895.00 | |
| IN | 1 73288 | 658798 | 6/21/2009 | 7/12/2009 | | 13,899.00 | 0.00 | 13,854.00 | |
| IN | 1 73289 | 658800 | 6/22/2009 | 7/13/2009 | | 39,501.00 | 0.00 | 39,456.00 | |
| IN | 1 73344 | 00659440 | 6/23/2009 | 7/14/2009 | | 4,792.00 | 0.00 | 4,747.00 | |
| IN | 1 73389 | 00659773 | 6/24/2009 | 7/15/2009 | | 5,754.00 | 0.00 | 5,709.00 | |
| IN | 1 73429 | 00660036 | 6/25/2009 | 7/16/2009 | | 5,957.00 | 5,912.00 | 0.00 | |
| IN | 1 73465 | 660212 | 6/26/2009 | 7/17/2009 | | 6,303.00 | 6,258.00 | 0.00 | |
| IN | 1 73505 | 00660412 | 6/27/2009 | 7/18/2009 | | 4,576.00 | 4,531.00 | 0.00 | |
| IN | 1 73543 | 660413 | 6/28/2009 | 7/19/2009 | | 12,404.00 | 12,359.00 | 0.00 | |
| IN | 1 73544 | 660414 | 6/28/2009 | 7/19/2009 | | 3,248.00 | 3,203.00 | 0.00 | |
| IN | 1 73547 | 660415 | 6/29/2009 | 7/20/2009 | | 11,291.00 | 11,246.00 | 0.00 | |
| IN | 1 73596 | 00661079 | 6/30/2009 | 7/21/2009 | | 16,232.00 | 16,187.00 | 0.00 | |
| IN | 1 73631 | 00661344 | 7/1/2009 | 7/22/2009 | | 3,650.00 | 3,605.00 | 0.00 | |
| IN | 1 73682 | 00661568 | 7/2/2009 | 7/23/2009 | | 11,123.00 | 11,078.00 | 0.00 | |
| IN | 1 73735 | 661829 | 7/3/2009 | 7/24/2009 | | 10,709.00 | 10,664.00 | 0.00 | |
| IN | 1 73736 | 661830 | 7/3/2009 | 7/24/2009 | | 15,088.00 | 15,043.00 | 0.00 | |
| IN | 1 73800 | 662012 | 7/5/2009 | 7/26/2009 | | 16,391.00 | 16,346.00 | 0.00 | |
| IN | 1 73801 | 662013 | 7/5/2009 | 7/26/2009 | | 8,916.00 | 8,871.00 | 0.00 | |
| IN | 1 73803 | 662018 | 7/6/2009 | 7/27/2009 | | 11,791.00 | 11,746.00 | 0.00 | |
| IN | 1 73853 | 00662461 | 7/7/2009 | 7/28/2009 | | 3,962.00 | 3,917.00 | 0.00 | |
| IN | 1 73905 | 00662961 | 7/8/2009 | 7/29/2009 | | 7,909.00 | 7,864.00 | 0.00 | |
| IN | 1 73948 | 00663201 | 7/9/2009 | 7/30/2009 | | 5,405.00 | 5,360.00 | 0.00 | |
| IN | 1 74020 | 663412 | 7/10/2009 | 7/31/2009 | | 9,837.00 | 9,792.00 | 0.00 | |
| IN | 1 74074 | 00663653 | 7/11/2009 | 8/1/2009 | | 10,224.00 | 10,179.00 | 0.00 | |
| IN | 1 74115 | 663654 | 7/12/2009 | 8/2/2009 | | 11,914.00 | 11,869.00 | 0.00 | |
| | TOTAL ====>>> | | | | | 301,753.21 | 186,028.79 | 114,239.75 | |

TO:    *ARA 480 895-5298EXT4298*

ATT'N: ACCOUNTS PAYABLE

MEMO:

# EXHIBIT 2



# COLIMAN PACIFIC CORPORATION
## MATRIZ
### BALANCE DETAIL AT    7/16/2009

www.coliman.com

| INVOICE | P.O. | DATE | DUE DATE | AGING | ORIGINAL AMOUNT | NON DUE BALANCE | DUE BALANCE | DAYS PAST DUE |
|---|---|---|---|---|---|---|---|---|
| **Customer:** | **134 BASHA'S INC. (BANANAS)** | | | | | | | |
| PP 81 | | 8/20/2008 | | | -45.00 | -39.00 | | |
| PP 209 | | 1/30/2009 | | | -45.00 | -45.00 | | |
| PP 392 | | 7/8/2009 | | | -11,475.00 | -11,475.00 | | |
| IN 1 71667 | 00646909 | 5/7/2009 | 5/28/2009 | | 11,520.00 | 0.00 | 100.00 | |
| IN 1 72739 | 655200 | 6/7/2009 | 6/28/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 72886 | 655204 | 6/11/2009 | 7/2/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 72933 | 655206 | 6/12/2009 | 7/3/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73063 | 656827 | 6/16/2009 | 7/7/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73064 | 656828 | 6/16/2009 | 7/7/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73105 | 656829 | 6/17/2009 | 7/8/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73154 | 656830 | 6/18/2009 | 7/9/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73191 | 656831 | 6/19/2009 | 7/10/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73236 | 656832 | 6/20/2009 | 7/11/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73284 | 658382 | 6/21/2009 | 7/12/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73342 | 658383 | 6/23/2009 | 7/14/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73388 | 658384 | 6/24/2009 | 7/15/2009 | | 11,520.00 | 0.00 | 11,475.00 | |
| IN 1 73427 | 658386 | 6/25/2009 | 7/16/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73428 | 658387 | 6/25/2009 | 7/16/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73504 | 658388 | 6/27/2009 | 7/18/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73545 | 659879 | 6/28/2009 | 7/19/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73546 | 659880 | 6/28/2009 | 7/19/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73595 | 659882 | 6/30/2009 | 7/21/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73633 | 659881 | 7/1/2009 | 7/22/2009 | | 11,520.00 | 11,275.00 | 0.00 | |
| IN 1 73681 | 659883 | 7/2/2009 | 7/23/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73796 | 659884 | 7/4/2009 | 7/25/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73797 | 659885 | 7/4/2009 | 7/25/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73798 | 661413 | 7/5/2009 | 7/26/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73799 | 661414 | 7/5/2009 | 7/26/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73855 | 661415 | 7/7/2009 | 7/28/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73856 | 661418 | 7/7/2009 | 7/28/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73950 | 661419 | 7/9/2009 | 7/30/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 73951 | 661421 | 7/9/2009 | 7/30/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 74073 | 661423 | 7/11/2009 | 8/1/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 74113 | 663063 | 7/12/2009 | 8/2/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| IN 1 74114 | 663064 | 7/12/2009 | 8/2/2009 | | 11,520.00 | 11,475.00 | 0.00 | |
| | **TOTAL =====>>>** | | | | **357,075.00** | **206,266.00** | **137,800.00** | |

TO:    *ARA 480 895-5298EXT4298*

ATT'N: ACCOUNTS PAYABLE

MEMO:

# EXHIBIT 3



# COLIMAN PACIFIC CORPORATION

WWW.COLIMAN.COM

## BALANCE DETAIL AT 07/11/09

| INVOICE | P.O | DATE | DUE DATE | AGING | AMOUNT ORIGINAL | NON DUE BALANCE | DUE BALANCE | DAYS PAST DUE |
|---------|-----|------|----------|-------|-----------------|-----------------|-------------|---------------|
| **CUSTOMER** | | **181 FOOD CITY** | | | | | | |
| PP1339 | | 1/4/2009 | | | $ (102.00) | $ 14.10 | | |
| 5 No .5 | | | | | | | | |
| 73762 | | 7/3/2009 | 7/24/2009 | | $ 85.00 | $ 85.00 | 0.0 | |
| 73777 | | 7/3/2009 | 7/24/2009 | | $ 126.00 | $ 126.00 | 0.0 | |
| | | Total p/location: | | | | $ 211.00 | 0.0 | |
| 26 No .26 | | | | | | | | |
| 73965 | | 7/9/2009 | 7/30/2009 | | $ 650.00 | $ 650.00 | 0.0 | |
| | | Total p/location: | | | | $ 650.00 | 0.0 | |
| 41 No. 41 | | | | | | | | |
| 62760 | | 8/23/2008 | 9/13/2008 | | $ 290.00 | 0.0 | $ 290.00 | |
| 73310 | | 6/22/2009 | 7/13/2009 | | $ 250.50 | 0.0 | $ 250.50 | |
| 73420 | | 6/24/2009 | 7/15/2009 | | $ 139.00 | 0.0 | $ 139.00 | |
| | | Total p/location: | | | | 0.0 | $ 679.50 | |
| 83 No. 83 | | | | | | | | |
| 73461 | | 6/25/2009 | 7/17/2009 | | $ 279.50 | 0.0 | $ 279.50 | |
| | | 6/30/2009 | 7/21/2009 | | $ 328.50 | $ 328.50 | $ - | |
| | | Total p/location: | | | | $ 328.50 | $ 279.50 | |
| 93 No. 93 | | | | | | | | |
| 73084 | | 6/16/2009 | 7/7/2009 | | $ 265.00 | 0.0 | $ 265.00 | |
| 73198 | | 6/19/2009 | 7/10/2009 | | $ 342.00 | 0.0 | $ 342.00 | |
| 73267 | | 6/20/2009 | 7/11/2009 | | $ 221.00 | 0.0 | $ 221.00 | |
| 73281 | | 6/20/2009 | 7/11/2009 | | $ 210.00 | 0.0 | $ 210.00 | |
| 73706 | | 7/2/2009 | 7/23/2009 | | $ 354.50 | $ 354.50 | 0.0 | |
| 73883 | | 7/7/2009 | 7/28/2009 | | $ 441.50 | $ 441.50 | 0.0 | |
| 74035 | | 7/10/2009 | 7/31/2009 | | $ 459.00 | $ 459.00 | 0.0 | |
| | | Total p/location: | | | | $ 1,255.00 | $ 1,038.00 | |
| 94 No. 94 | | | | | | | | |
| 73165 | | 6/18/2009 | 7/9/2009 | | $ 435.00 | 0.0 | $ 435.00 | |
| 73367 | | 6/23/2009 | 7/14/2009 | | $ 256.00 | 0.0 | $ 256.00 | |
| 73614 | | 6/30/2009 | 7/21/2009 | | $ 110.00 | $ 110.00 | 0.0 | |
| 73731 | | 7/2/2009 | 7/23/2009 | | $ 310.00 | $ 310.00 | 0.0 | |
| 73879 | | 7/7/2009 | 7/28/2009 | | $ 423.00 | $ 408.00 | 0.0 | |
| | | Total p/location: | | | | $ 828.00 | $ 691.00 | |
| 95 No. 95 | | | | | | | | |

| ID | Date 1 | Date 2 | | Amount | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 73096 | 6/16/2009 | 7/7/2009 | $ | 150.00 | $ | - | $ | 150.00 |
| 73311 | 6/22/2009 | 7/13/2009 | $ | 155.00 | $ | - | $ | 155.00 |
| 73370 | 6/23/2009 | 7/14/2009 | $ | 206.50 | $ | - | $ | 206.50 |
| 74057 | 7/10/2009 | 7/31/2009 | $ | 160.00 | $ | 160.00 | $ | - |
| Total p/location: | | | | | $ | 160.00 | $ | 511.50 |

**96 No. 96**

| ID | Date 1 | Date 2 | | Amount | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 73217 | 6/19/2009 | 7/10/2009 | $ | 842.00 | | 0.0 | $ | 336.00 |
| 73486 | 6/26/2009 | 7/17/2009 | $ | 318.50 | | 0.0 | $ | 318.50 |
| 73613 | 6/30/2009 | 7/21/2009 | $ | 255.50 | $ | 255.50 | | 0.0 |
| 73695 | 7/2/2009 | 7/23/2009 | $ | 140.00 | $ | 140.00 | | 0.0 |
| 74063 | 7/10/2009 | 7/31/2009 | $ | 290.50 | $ | 290.50 | | 0.0 |
| Total p/location: | | | | | $ | 686.00 | $ | 654.50 |

**101 No. 101**

| ID | Date 1 | Date 2 | | Amount | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 72399 | 5/29/2009 | 6/19/2009 | $ | 379.00 | | 0.0 | $ | 379.00 |
| 73833 | 7/6/2009 | 7/27/2009 | $ | 161.00 | $ | 161.00 | | 0.0 |
| 73941 | 7/8/2009 | 7/29/2009 | $ | 160.00 | $ | 160.00 | | 0.0 |
| Total p/location: | | | | | $ | 321.00 | $ | 379.00 |

**103 No. 103**

| ID | Date 1 | Date 2 | | Amount | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 69580 | 3/10/2009 | 3/31/2009 | $ | 198.00 | | 0.0 | $ | 125.00 |
| 73078 | 6/16/2009 | 7/7/2009 | $ | 317.00 | | 0.0 | $ | 317.00 |
| 73482 | 6/26/2009 | 7/17/2009 | $ | 779.00 | | 0.0 | $ | 779.00 |
| 73621 | 6/30/2009 | 7/21/2009 | $ | 350.50 | $ | 350.50 | | 0.0 |
| 73717 | 7/2/2009 | 7/23/2009 | $ | 365.50 | $ | 309.50 | | 0.0 |
| 73849 | 7/6/2009 | 7/27/2009 | $ | 566.50 | $ | 566.50 | | 0.0 |
| 74069 | 7/10/2009 | 7/31/2009 | $ | 239.00 | $ | 239.00 | | 0.0 |
| Total p/location: | | | | | $ | 1,465.50 | $ | 1,221.00 |

**104 No. 104**

| ID | Date 1 | Date 2 | | Amount | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 73124 | 6/17/2009 | 7/8/2009 | $ | 1,038.00 | | 0.0 | $ | 1,038.00 |
| 73477 | 6/26/2009 | 7/17/2009 | $ | 210.00 | | 0.0 | $ | 210.00 |
| 73640 | 7/1/2009 | 7/22/2009 | $ | 120.00 | $ | 120.00 | | 0.0 |
| 73909 | 7/8/2009 | 7/29/2009 | $ | 210.00 | $ | 210.00 | | 0.0 |
| 74030 | 7/10/2009 | 7/31/2009 | $ | 330.00 | $ | 330.00 | | 0.0 |
| Total p/location: | | | | | $ | 660.00 | $ | 1,248.00 |

**105 No. 105**

| ID | Date 1 | Date 2 | | Amount | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 73620 | 6/30/2009 | 7/21/2009 | $ | 473.00 | $ | 473.00 | | 0.0 |
| 73953 | 7/9/2009 | 7/30/2009 | $ | 214.50 | $ | 214.50 | | 0.0 |
| 73972 | 7/9/2009 | 7/30/2009 | $ | 91.00 | $ | 91.00 | | 0.0 |
| Total p/location: | | | | | $ | 778.50 | | 0.0 |

**106 No. 106**

| ID | Date 1 | Date 2 | | Amount | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 73622 | 6/30/2009 | 7/21/2009 | $ | 610.00 | $ | 610.00 | | 0.0 |
| Total p/location: | | | | | $ | 610.00 | | 0.0 |

**107 No. 107**

| ID | Date 1 | Date 2 | | Amount | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 69989 | 3/21/2009 | 4/11/2009 | $ | 191.25 | | 0.0 | $ | 51.00 |
| 70069 | 3/24/2009 | 4/14/2009 | $ | 432.50 | | 0.0 | $ | 30.00 |
| 73121 | 6/17/2009 | 7/8/2009 | $ | 194.00 | | 0.0 | $ | 194.00 |
| 73327 | 6/22/2009 | 7/13/2009 | $ | 264.00 | | 0.0 | $ | 264.00 |
| 73449 | 6/25/2009 | 7/16/2009 | $ | 157.50 | | 0.0 | $ | 157.50 |
| 73592 | 6/29/2009 | 7/20/2009 | $ | 270.00 | | 0.0 | $ | 270.00 |
| 73748 | 7/3/2009 | 7/24/2009 | $ | 664.00 | $ | 664.00 | | 0.0 |
| 73815 | 7/6/2009 | 7/27/2009 | $ | 560.00 | $ | 560.00 | | 0.0 |
| 73890 | 7/7/2009 | 7/28/2009 | $ | 298.50 | $ | 298.50 | | 0.0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73954 | 7/9/2009 | 7/30/2009 | $ | 214.50 | $ | 214.50 | | 0.0 |
| 73971 | 7/9/2009 | 7/30/2009 | $ | 91.00 | $ | 91.00 | | 0.0 |
| 74067 | 7/10/2009 | 7/31/2009 | $ | 165.00 | $ | 165.00 | | 0.0 |
| | **Total p/location:** | | | | $ | **1,993.00** | $ | **966.50** |

**126 No. 126**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73080 | 6/16/2009 | 7/7/2009 | $ | 392.50 | | 0.0 | $ | 392.50 |
| 73562 | 6/29/2009 | 7/20/2009 | $ | 120.00 | | 0.0 | $ | 120.00 |
| 73606 | 6/30/2009 | 7/21/2009 | $ | 180.00 | $ | 180.00 | | 0.0 |
| 73693 | 7/2/2009 | 7/23/2009 | $ | 487.50 | $ | 487.50 | | 0.0 |
| 73821 | 7/6/2009 | 7/27/2009 | $ | 36.00 | $ | 36.00 | | 0.0 |
| 73874 | 7/7/2009 | 7/28/2009 | $ | 620.00 | $ | 620.00 | | 0.0 |
| | **Total p/location:** | | | | $ | **1,323.50** | $ | **512.50** |

**135 No. 135**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 72997 | 6/13/2009 | 7/4/2009 | $ | 166.50 | | 0.0 | $ | 166.50 |
| 73241 | 6/20/2009 | 7/11/2009 | $ | 275.75 | | 0.0 | $ | 275.75 |
| 73396 | 6/24/2009 | 7/15/2009 | $ | 197.00 | | 0.0 | $ | 197.00 |
| 73480 | 6/26/2009 | 7/17/2009 | $ | 273.00 | | 0.0 | $ | 273.00 |
| 73674 | 7/1/2009 | 7/22/2009 | $ | 157.00 | $ | 157.00 | | 0.0 |
| 73880 | 7/7/2009 | 7/28/2009 | $ | 493.00 | $ | 493.00 | | 0.0 |
| 74004 | 7/9/2009 | 7/30/2009 | $ | 133.00 | $ | 133.00 | | 0.0 |
| 74031 | 7/10/2009 | 7/31/2009 | $ | 205.50 | $ | 205.50 | | 0.0 |
| | **Total p/location:** | | | | $ | **988.50** | $ | **912.25** |

**142 No. 142**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73329 | 6/22/2009 | 7/13/2009 | $ | 275.00 | | 0.0 | $ | 275.00 |
| 73403 | 6/24/2009 | 7/15/2009 | $ | 162.00 | | 0.0 | $ | 147.75 |
| 73489 | 6/26/2009 | 7/17/2009 | $ | 224.25 | | 0.0 | $ | 224.25 |
| 73548 | 6/29/2009 | 7/20/2009 | $ | 425.00 | | 0.0 | $ | 412.50 |
| 73598 | 6/30/2009 | 7/21/2009 | $ | 225.00 | $ | 225.00 | | 0.0 |
| 73755 | 7/3/2009 | 7/24/2009 | $ | 108.00 | $ | 108.00 | | 0.0 |
| 73758 | 7/3/2009 | 7/24/2009 | $ | 64.50 | $ | 64.50 | | 0.0 |
| 73932 | 7/8/2009 | 7/29/2009 | $ | 296.00 | $ | 296.00 | | 0.0 |
| 74018 | 7/9/2009 | 7/30/2009 | $ | 316.25 | $ | 316.25 | | 0.0 |
| | **Total p/location:** | | | | $ | **1,009.75** | $ | **1,059.50** |

**148 No. 148**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73445 | 6/25/2009 | 7/16/2009 | $ | 250.00 | | 0.0 | $ | 250.00 |
| 73509 | 6/27/2009 | 7/18/2009 | $ | 250.00 | | 0.0 | $ | 250.00 |
| 73556 | 6/29/2009 | 7/20/2009 | $ | 300.00 | | 0.0 | $ | 300.00 |
| 73558 | 6/29/2009 | 7/20/2009 | $ | 24.00 | | 0.0 | $ | 24.00 |
| 73611 | 6/30/2009 | 7/21/2009 | $ | 425.00 | $ | 425.00 | | 0.0 |
| 73654 | 7/1/2009 | 7/22/2009 | $ | 315.00 | $ | 315.00 | | 0.0 |
| 73786 | 7/3/2009 | 7/24/2009 | $ | 200.00 | $ | 200.00 | | 0.0 |
| | **Total p/location:** | | | | $ | **940.00** | $ | **824.00** |

**149 No. 149**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73956 | 7/9/2009 | 7/30/2009 | $ | 260.00 | $ | 260.00 | | 0.0 |
| | **Total p/location:** | | | | $ | **260.00** | | **0.0** |

**151 No. 152**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73218 | 6/19/2009 | 7/10/2009 | $ | 154.00 | | 0.0 | $ | 154.00 |
| 73924 | 7/8/2009 | 7/29/2009 | $ | 150.00 | $ | 150.00 | | 0.0 |
| 73946 | 7/8/2009 | 7/29/2009 | $ | 167.00 | $ | 167.00 | | 0.0 |
| | **Total p/location:** | | | | $ | **317.00** | $ | **154.00** |

**154 No. 154**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73055 | 6/15/2009 | 7/6/2009 | $ | 180.00 | | 0.0 | $ 180.00 |
| 73163 | 6/18/2009 | 7/9/2009 | $ | 306.00 | | 0.0 | $ 306.00 |
| 73591 | 6/29/2009 | 7/20/2009 | $ | 136.00 | | 0.0 | $ 136.00 |
| 73701 | 7/2/2009 | 7/23/2009 | $ | 177.00 | $ | 177.00 | 0.0 |
| 73964 | 7/9/2009 | 7/30/2009 | $ | 560.00 | $ | 560.00 | 0.0 |
| 74041 | 7/10/2009 | 7/31/2009 | $ | 157.50 | $ | 157.50 | 0.0 |
| | **Total p/location:** | | | | $ | 894.50 | $ 622.00 |

**162 No.162**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73081 | 6/16/2009 | 7/7/2009 | $ | 302.50 | | 0.0 | $ 302.50 |
| 73164 | 6/18/2009 | 7/9/2009 | $ | 235.00 | | 0.0 | $ 235.00 |
| 73213 | 6/19/2009 | 7/10/2009 | $ | 235.00 | | 0.0 | $ 235.00 |
| 73266 | 6/20/2009 | 7/11/2009 | $ | 259.00 | | 0.0 | $ 259.00 |
| 73371 | 6/23/2009 | 7/14/2009 | $ | 393.00 | | 0.0 | $ 393.00 |
| 73441 | 6/25/2009 | 7/16/2009 | $ | 444.00 | | 0.0 | $ 444.00 |
| 73483 | 6/26/2009 | 7/17/2009 | $ | 536.00 | | 0.0 | $ 536.00 |
| 73525 | 6/27/2009 | 7/18/2009 | $ | 595.50 | | 0.0 | $ 595.50 |
| 73569 | 6/29/2009 | 7/20/2009 | $ | 95.00 | | 0.0 | $ 95.00 |
| 73574 | 6/29/2009 | 7/20/2009 | $ | 581.00 | | 0.0 | $ 581.00 |
| 73608 | 6/30/2009 | 7/21/2009 | $ | 118.50 | $ | 118.50 | 0.0 |
| 73656 | 7/1/2009 | 7/22/2009 | $ | 88.00 | $ | 88.00 | 0.0 |
| 73660 | 7/1/2009 | 7/22/2009 | $ | 257.50 | $ | 257.50 | 0.0 |
| 73776 | 7/3/2009 | 7/24/2009 | $ | 318.00 | $ | 318.00 | 0.0 |
| 73975 | 7/9/2009 | 7/30/2009 | $ | 492.50 | $ | 492.50 | 0.0 |
| 74039 | 7/10/2009 | 7/31/2009 | $ | 196.25 | $ | 196.25 | 0.0 |
| 74095 | 7/11/2009 | 8/1/2009 | $ | 154.50 | $ | 154.50 | 0.0 |
| 74097 | 7/11/2009 | 8/1/2009 | $ | 102.50 | $ | 102.50 | 0.0 |
| | **Total p/location:** | | | | $ | 1,727.75 | $ 3,676.00 |

**TOTAL**                                   $ 17,393.40   $ 15,428.75

**TOTAL AMOUNT DUE**              $ 32,822.15



## FedEx Ship Manager®

Español | Customer Support | FedEx Locations   Search   Go

**Package/Envelope**    **Freight**    **Expedited**    **Office/Print Services**

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Logout   Help

Prepare Shipment | **Ship History** | My Lists | Reports | My Profile

### Your Shipment Details

| | | | |
|---|---|---|---|
| **From:** | Marion I. Quesenbery<br>RYNN & JANOWSKY<br>2615 Russell Street<br>Berkeley, CA 94705<br>US<br>510-705-8894 | **Package type:** | FedEx Envelope |
| | | **Pickup/Drop Off:** | Drop off package at FedEx location |
| | | **Weight:** | 1.00 LBS |
| | | **Dimensions:** | 0 x 0 x 0 in |
| | | **Declared value:** | 0.00 USD |
| | | **Shipper account number:** | 121291860 |
| **To:** | Jim Buhr<br>Bashas', Inc.<br>200 S 56TH ST<br>CHANDLER, AZ 852263303<br>US<br>480 940-9880 | **Bill transportation to:** | 121291860 |
| | | **Courtesy rate quote:*** | 17.05 |
| | | **List rates:** | |
| | | **Effective net discount:** | |
| | | **Discounted variable %** | |
| | | **Cod amount** | |
| | | **Special services:** | |
| **Tracking no:** | 796802821700 | **Shipment Purpose:** | |
| **Ship date:** | Jul 23 2009 | **Shipment type:** | Express |
| **Service type:** | Standard Overnight | **Commercial/Residential Status:** | Commercial |

Print   Track   Return to History

**Please note :**

. * The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

Case 2:09-bk-16050-JMM   Doc 813-6   Filed 10/14/09   Entered 10/14/09 20:52:58
Desc Exhibit B -- Coliman Pacific Corp.s Invoices   Page 18 of 23

7/23/2009 5:57 PM



**RYNN & JANOWSKY, LLP**
LAW OFFICES

San Francisco Bay Area Office
P.O. Box 20799
Oakland, California 94620
Telephone: 510.705.8894
Fax: 510.705.8737

# FAX COVER PAGE

Pages (including cover): 12                    Date: July 23, 2009

| TO: | BASHAS', INC. | Fax No.: | (480) 895-5263 |
|-----|---------------|----------|----------------|
|     |               | Phone No.: |              |
|     |               |          |                |
| FROM: | Marion I. Quesenbery | Fax No.: | (510) 705-8737 |
|       |                       | Phone No.: | (510) 705-8894 |

Re:  <u>Coliman Pacific Corporation</u>

Please see the attached Notice of Intent to Preserve PACA Trust Benefits.

Marion



* * * Communication Result Report ( Jul. 23. 2009 5:04PM ) * * *

Fax Header) Rynn&Janowsky

Date/Time: Jul. 23. 2009 5:02PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5199 | Memory TX | 14808955263 | P. 12 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

RYNN & JANOWSKY, LLP

San Francisco Bay Area Office
P.O. Box 20799
Oakland, California 94620
Telephone: 510.705.8894
Fax: 510.705.8737

## FAX COVER PAGE

Pages (including cover): 12 Date: July 23, 2009

| | | | |
|---|---|---|---|
| TO: | BASHAS', INC. | Fax No.: | (480) 895-5263 |
| | | Phone No.: | |
| FROM: | Marion I. Quesenbery | Fax No.: | (510) 705-8737 |
| | | Phone No.: | (510) 705-8894 |

Re: Coliman Pacific Corporation

Please see the attached Notice of Intent to Preserve PACA Trust Benefits.

Marion

**RYNN & JANOWSKY, LLP**
LAW OFFICES

San Francisco Bay Area Office
P.O. Box 20799
Oakland, California 94620
Telephone: 510.705.8894
Fax: 510.705.8737

# FAX COVER PAGE

Pages (including cover): 12                     Date: July 23, 2009

| TO: | FREDERICK PETERSEN DAVID HINDMAN Mesch, Clark & Rothschild | Fax No.: | (520) 798-1037 |
| | | Phone No.: | |
| FROM: | Marion I. Quesenbery | Fax No.: | (510) 705-8737 |
| | | Phone No.: | (510) 705-8894 |

Re:  <u>Coliman Pacific Corporation</u>

Because Coliman is owed so much money, we are just covering all the bases. Please see the attached Notice of Intent to Preserve PACA Trust Benefits, which I just faxed to Bashas'.

Marion

Fax Header)   Rynn&Janowsky

Date/Time: Jul. 23. 2009  5:07PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|------|------|------|------|
| 5201 | Memory TX | 15207981037 | P. 12 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection



**RYNN & JANOWSKY, LLP**

San Francisco Bay Area Office
P.O. Box 20799
Oakland, California 94620
Telephone: 510.705.8894
Fax: 510.705.8737

## FAX COVER PAGE

Pages (including cover): 12          Date: July 23, 2009

| TO: | FREDERICK PETERSEN DAVID HINDMAN Mesch, Clark & Rothschild | Fax No.: | (520) 798-1037 |
|---|---|---|---|
| | | Phone No.: | |
| FROM: | Marion I. Quesenbery | Fax No.: | (510) 705-8737 |
| | | Phone No.: | (510) 705-8894 |

Re:  Coliman Pacific Corporation

Because Coliman is owed so much money, we are just covering all the bases. Please see the attached Notice of Intent to Preserve PACA Trust Benefits, which I just faxed to Basbas'.

Marion

⚠ You replied on 7/23/2009 5:56 PM.
Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Marion Quesenbery**

| | | | |
|---|---|---|---|
| **From:** | Marion Quesenbery | **Sent:** | Thu 7/23/2009 5:08 PM |
| **To:** | fpetersen@mcrazlaw.com; dhindman@mcrazlaw.com | | |
| **Cc:** | | | |
| **Subject:** | Bashas | | |
| **Attachments:** | 📄 Bashas Coliman Notice of Intent.pdf(1MB) | | |

Since Coliman Pacific Corporation is owed sooooo much money, we are covering all the bases.  I have attached a notice of intent to preserve trust assets.  Sorry to add to the pile of paper, but it never hurts to be extra careful.  Marion

Marion I. Quesenbery
**Rynn & Janowsky, LLP**
P.O. Box 20799
Oakland, CA 94620
telephone: (510) 705-8894
fax: (510) 705-8737
e-mail: marion@rjlaw.com
website: www.rjlaw.com