

**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

**SALES · PARTS · SERVICE**

INVOICE DATE: 06/22/2009 10:32AM
INVOICE NO. 1291730015  PAGE 1
CUSTOMER NO. 09124  BRANCH 1*

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO: BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO: BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N

TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

CUSTOMER PO: 91075  REFERENCE NO: 937163  (480) 940-2230  01  409/01  000

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| Qty | Part | Description | Price/Per | Extension |
|---|---|---|---|---|
| 1 | HOL RK-63501 | KIT 3500 SERIES L/H | 391.72EA | 391.72 |
| 1 | FON KIT-RPR-6000L | JAW WEDGE SRG KIT L/H | 253.49EA | 253.49 |
| 1 | FON KIT-TMR-6000L | TIMER KIT LEFT SIDE | 60.28EA | 60.28 |
| 1 | FON KIT-BPR-6000L | LH BUMPER KIT | 69.27EA | 69.27 |
| 1 | FON KIT-OPR-6000 | OPERATING HANDLE KIT | 116.70EA | 116.70 |
| 1 | FON BSH-150 | PAIR BUSHINGS | 36.72EA | 36.72 |
| 1 | FON PIN-191P | UNIV PIN KIT (2) | 50.48EA | 50.48 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 978.66 | EXEMPT  AZ | 0.00 | 978.66 |

CUSTOMER SIGNATURE: *[signature]* 22Jun09
PRINT NAME:



**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

**SALES · PARTS · SERVICE**

| INVOICE DATE |
|---|
| 06/24/2009 08:58AM |

| INVOICE NO. | PAGE |
|---|---|
| 1291750011 | 1 |

| CUSTOMER NO. | BRANCH |
|---|---|
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO: BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO: BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N

TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | |
|---|---|---|---|---|---|
| 91075 | 937388 | (480) 940-2230 | 21 | 409/21 | 000 |

| QTY | PART NO. | DESCRIPTION | PRICE/PER | EXTENSION |
|---|---|---|---|---|
| | | TERMS: (00) NET 30 DAYS OF INVOICE DATE | | |
| | | *TO BE DELIVERED* | | |
| 1 | FON KIT-RPR-6000L | JAW WEDGE SRG KIT L/H | 253.49EA | 253.49 |
| 1 | FON KIT-TMR-6000L | TIMER KIT LEFT SIDE | 60.28EA | 60.28 |
| 1 | FON KIT-BPR-6000L | LH BUMPER KIT | 69.27EA | 69.27 |
| 1 | FON KIT-OPR-6000 | OPERATING HANDLE KIT | 116.70EA | 116.70 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 499.74 | EXEMPT AZ | 0.00 | 499.74 |

CUSTOMER SIGNATURE: *MK 24JUN09*
PRINT NAME:



**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

**SALES · PARTS · SERVICE**

| INVOICE DATE | |
|---|---|
| 06/25/2009 08:26AM | |
| INVOICE NO. | PAGE |
| 1291760012 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

**PLEASE PAY FROM THIS INVOICE**
**ACCOUNTING**

SOLD TO: BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO: BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N

TERMS: NET 30 DAYS, 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | | |
|---|---|---|---|---|---|---|
| 91075 | 937542 | (480) 940-2230 | | 21 | 409/21 | 000 |

| | | | PRICE/PER | EXTENSION |
|---|---|---|---|---|
| | TERMS: (00) NET 30 DAYS OF INVOICE DATE | | | |
| | *TO BE DELIVERED* | | | |
| 30 | XCM 33SW | SILICONE CAULKING, WHITE | 4.30EA | 129.00 |
| | | 1 CASE WHITE | | |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | | SALES TAX | PLEASE PAY |
|---|---|---|---|---|---|
| | 129.00 | EXEMPT | AZ | 0.00 | 129.00 |

CUSTOMER SIGNATURE: *McAllan 25 JUN 09*

PRINT NAME:

# UTILITY TRAILER SALES COMPANY of ARIZONA

1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

**SALES · PARTS · SERVICE**

| INVOICE DATE | |
|---|---|
| 06/29/2009 02:00PM | |
| INVOICE NO. | PAGE |
| 1291800067 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO:
BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO:
BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N    TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | |
|---|---|---|---|---|---|
| 10601 | 937952 | (480) 940-2230 | 01 | 409/01 | 000 |
| | | | PRICE/PER | EXTENSION | |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| 1 | FON BKTAWB7PT | SLIDE BRKT 73/4" | 850.83EA | 850.83 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | | SALES TAX | PLEASE PAY |
|---|---|---|---|---|---|
| | 850.83 | EXEMPT | AZ | 0.00 | 850.83 |

CUSTOMER SIGNATURE ▶ *[signature] 29 JUN 09*    PRINT NAME ▶

## UTILITY TRAILER SALES COMPANY of ARIZONA

1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

**SALES · PARTS · SERVICE**

| INVOICE DATE |  |
|---|---|
| 06/29/2009 02:00PM | |
| INVOICE NO. | PAGE |
| 1291800068 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO: BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO: BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N    TERMS: NET 30 DAYS, 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|
| 10602 | 937954 | (480) 940-2230 | 01 | 409/01 | 000 |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| 1 | FON BKTAWB7PT | SLIDE BRKT 73/4" | 850.83EA | 850.83 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 850.83 | EXEMPT   AZ | 0.00 | 850.83 |

CUSTOMER SIGNATURE ▶ /MC 29 JUN 09    PRINT NAME ▶

# UTILITY TRAILER SALES COMPANY of ARIZONA

1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

SALES · PARTS · SERVICE

| INVOICE DATE | |
|---|---|
| 06/29/2009 02:01PM | |
| INVOICE NO. | PAGE |
| 1291800069 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO:
BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO:
BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N    TERMS: NET 30 DAYS, 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | |
|---|---|---|---|---|---|
| 10603 | 937955 | (480) 940-2230 | 01 | 409/01 | 000 |
| | | | PRICE/PER | EXTENSION | |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
          *TO BE DELIVERED*

| 1 | FON BKTAWB7PT | SLIDE BRKT 73/4" | 850.83EA | 850.83 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 850.83 | EXEMPT  AZ | 0.00 | 850.83 |

CUSTOMER SIGNATURE ▶ /s/ 29 JUN 09        PRINT NAME ▶

# UTILITY TRAILER SALES COMPANY of ARIZONA

1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

**SALES · PARTS · SERVICE**

| | |
|---|---|
| INVOICE DATE | 06/29/2009 02:09PM |
| INVOICE NO. | 1291800072  PAGE 1 |
| CUSTOMER NO. | 09124  * BRANCH 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

BASHAS' LEASCO, INC.
SOLD ATTN: ACCTS PAYABLE
TO: 200 SOUTH 56TH STREET
CHANDLER AZ 85226

BASHAS' LEASCO, INC.
SHIP *LEAVE 2 INVOICE COPIES
TO: 200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N   TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | |
|---|---|---|---|---|---|
| BLL316 | 937921 | (480) 940-2230 | 06 | 409/06 | 000 |
| | | | PRICE/PER | | EXTENSION |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| 1 | HAL 90054007 | LEVELING VALVE | 50.58EA | 50.58 |
|---|---|---|---|---|

WES TO DELIVER

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 50.58 | EXEMPT  AZ | 0.00 | 50.58 |

CUSTOMER SIGNATURE ▶ /s/ 29JUN09   PRINT NAME ▶



**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

SALES · PARTS · SERVICE

| INVOICE DATE | |
|---|---|
| 07/06/2009 11:45AM | |
| INVOICE NO. | PAGE |
| 1291870036 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO: BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO: BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N   TERMS: NET 30 DAYS, 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER PO | REFERENCE NO. | | | PKG-PPR | EXTENSION |
|---|---|---|---|---|---|
| 19902 | 938359 | (480) 940-2230 | 01 | 409/01 | 000 |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| 4 | HOL XB-0011 | BUSHING, UB SERIES | 10.24EA* | 40.96 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 40.96 | EXEMPT  AZ | 0.00 | 40.96 |

CUSTOMER SIGNATURE ▶ *JMC 6-Jul-09*   PRINT NAME ▶



**UTILITY TRAILER SALES COMPANY of ARIZONA**

1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

SALES · PARTS · SERVICE

| INVOICE DATE | |
|---|---|
| 07/06/2009 11:47AM | |
| INVOICE NO. | PAGE |
| 1291870040 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO:
BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO:
BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N    TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | | |
|---|---|---|---|---|---|---|
| 91075 | 937830 | (480) 940-2230 | | 01 | 409/01 | 000 |
| | | | | PRICE/PER | EXTENSION | |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| 50 | JAK 243638WPL-BASHASLOGO FLAP 3/8" WHITE BASHAS | 18.00EA | 900.00 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 900.00 | EXEMPT   AZ | 0.00 | 900.00 |

CUSTOMER SIGNATURE ▶ /MC 6Jul09    PRINT NAME ▶



**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

**SALES · PARTS · SERVICE**

| INVOICE DATE | |
|---|---|
| 07/07/2009 07:53AM | |
| INVOICE NO. | PAGE |
| 1291880002 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
**ACCOUNTING**

SOLD TO:
BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO:
BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N   TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|
| BLL316 | 938559 | (480) 940-2230 | 09 | 409/09 | 000 |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| 1 | HAL 90054007 | LEVELING VALVE | 50.58EA | 50.58 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| . | 50.58 | EXEMPT   AZ | 0.00 | 50.58 |

CUSTOMER SIGNATURE ▶        PRINT NAME ▶



**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

SALES · PARTS · SERVICE

| INVOICE DATE | |
|---|---|
| 07/07/2009 09:41AM | |
| INVOICE NO. | PAGE |
| 1291880022 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO: BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO: BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 07-582261-N   TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | |
|---|---|---|---|---|---|
| 248101 | 938526 | (480) 940-2230 | 06 | 409/06 | 000 |
| | | | PRICE/PER | EXTENSION | |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| Qty | Part | Description | | Price/Per | Extension |
|---|---|---|---|---|---|
| 48 | XWD LO1141248 | OAK FLOOR 11/4 X 12" GREEN | | 6.50FT | 312.00 |
| | | 2 24FT STICKS | | | |
| 2 | GSF FS5/16X2 | FLOOR SCREW/PER PKG | | 11.88EA | 23.76 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

**IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:**
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 335.76 | EXEMPT    AZ | 0.00 | 335.76 |

CUSTOMER SIGNATURE ▶ /s/ JMC 7JUL09

PRINT NAME ▶

**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

SALES · PARTS · SERVICE

| INVOICE DATE | |
|---|---|
| 07/08/2009 07:37AM | |
| INVOICE NO. | PAGE |
| 1291890003 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO: BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO: BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 20475811

TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | |
|---|---|---|---|---|---|
| 248101 | 938691 | (480) 940-2230 | 21 | 409/21 | 000 |
| | | | PRICE/PER | EXTENSION | |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| Qty | Part | Description | Price | Extension |
|---|---|---|---|---|
| 4 | GSF FS5/16X21/2 | FLOOR SCREW 50 PER PKG | 11.68EA | 46.72 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

***IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:***
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 46.72 | EXEMPT  AZ | 0.00 | 46.72 |

CUSTOMER SIGNATURE: *[signature]* 8 Jul 09    PRINT NAME:



**UTILITY TRAILER SALES COMPANY of ARIZONA**

1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

SALES · PARTS · SERVICE

| INVOICE DATE | |
|---|---|
| 07/08/2009 07:37AM | |
| INVOICE NO. | PAGE |
| 1291890004 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO:
BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO:
BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 20475811

TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|
| 19902 | 938711 | (480) 940-2230 | 06 | 409/06 | 000 |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| 1 | HOL XA-351-03505-2S TOP PLATE OTTAWA ELEV 5TH WH | 1300.00EA* | 1300.00 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

***IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:***
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and coros must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 1300.00 | EXEMPT   AZ | 0.00 | 1300.00 |

CUSTOMER SIGNATURE: *JMK 8 Jul 09*    PRINT NAME:



**UTILITY TRAILER SALES COMPANY of ARIZONA**

1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

SALES · PARTS · SERVICE

| INVOICE DATE |
|---|
| 07/09/2009 07:06AM |

| INVOICE NO. | PAGE |
|---|---|
| 1291900001 | 1 |

| CUSTOMER NO. | BRANCH |
|---|---|
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
ACCOUNTING

SOLD TO:
BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO:
BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 20475811

TERMS: NET 30 DAYS, 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | | |
|---|---|---|---|---|---|---|
| 10602 | 938789 | (480) 940-2230 | | 01 | 409/01 | 000 |
| | | | | PRICE/PER | EXTENSION | |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| | | | | |
|---|---|---|---|---|
| 1 | FON SLR24B | 24" SLIDE PLATE | 597.57EA | 597.57 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

***IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:***
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 597.57 | EXEMPT   AZ | 0.00 | 597.57 |

CUSTOMER SIGNATURE: [signature]
PRINT NAME:



**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

SALES · PARTS · SERVICE

| INVOICE DATE | |
|---|---|
| 07/09/2009 07:07AM | |
| INVOICE NO. | PAGE |
| 1291900002 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 | * 1* |

PLEASE PAY FROM THIS INVOICE
**ACCOUNTING**

| SOLD TO: | SHIP TO: |
|---|---|
| BASHAS' LEASCO, INC. | BASHAS' LEASCO, INC. |
| ATTN: ACCTS PAYABLE | *LEAVE 2 INVOICE COPIES |
| 200 SOUTH 56TH STREET | 200 SOUTH 56TH STREET |
| CHANDLER AZ 85226 | CHANDLER AZ 85226 |

Tax id: 20475811

TERMS: NET 30 DAYS. 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER PO | REFERENCE NO. | | | | | |
|---|---|---|---|---|---|---|
| 10603 | 938791 | (480) 940-2230 | | 01 | 409/01 | 000 |
| | | | | PRICE/PER | | EXTENSION |

TERMS: (00) NET 30 DAYS OF INVOICE DATE
*TO BE DELIVERED*

| 1 | FON SLR24B | 24" SLIDE PLATE | 597.57EA | 597.57 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

---

***IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:***
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | | SALES TAX | PLEASE PAY |
|---|---|---|---|---|---|
| | 597.57 | EXEMPT | AZ | 0.00 | 597.57 |

CUSTOMER SIGNATURE ▶ PRINT NAME ▶



**UTILITY TRAILER SALES COMPANY of ARIZONA**
1402 N. 22ND AVE.
PHOENIX AZ 85009
602-254-7213

**SALES · PARTS · SERVICE**

| INVOICE DATE | |
|---|---|
| 07/09/2009 07:07AM | |
| INVOICE NO. | PAGE |
| 1291900003 | 1 |
| CUSTOMER NO. | BRANCH |
| 09124 * | 1* |

PLEASE PAY FROM THIS INVOICE
**ACCOUNTING**

SOLD TO:
BASHAS' LEASCO, INC.
ATTN: ACCTS PAYABLE
200 SOUTH 56TH STREET
CHANDLER AZ 85226

SHIP TO:
BASHAS' LEASCO, INC.
*LEAVE 2 INVOICE COPIES
200 SOUTH 56TH STREET
CHANDLER AZ 85226

Tax id: 20475811

TERMS: NET 30 DAYS, 1-1/2% SERVICE CHARGE MAY BE APPLIED TO ALL PAST DUE ACCOUNTS.

| CUSTOMER P.O. | REFERENCE NO. | | | | |
|---|---|---|---|---|---|
| 39541 | 938792 | (480) 940-2230 | 01 | 409/01 | 000 |

| | | | PRICE PER | EXTENSION |
|---|---|---|---|---|
| | TERMS: (00) NET 30 DAYS OF INVOICE DATE | | | |
| | *TO BE DELIVERED* | | | |
| 1 FON SLR24B | 24" SLIDE PLATE | | 597.57EA | 597.57 |

VISIT US AT WWW.UTILITYAZ.COM ON THE NET
OR CALL US AT 602-254-7213

***IMPORTANT INFORMATION ABOUT WARRANTIES AND RETURNS:***
Utility Trailer Sales Company of Arizona hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Utility Trailer Sales Company of Arizona neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. In no event shall Utility Trailer Sales Company of Arizona be liable for any incidental or consequential damages or any commercial loss arising out of this transaction.
Warranties, either express or implied, made by the manufacturers on items sold by Utility Trailer Sales Company of Arizona may apply. Utility Trailer Sales Company of Arizona may assist Customer in making claims against such manufacturers, if requested by Customer.
All claims for returned merchandise and cores must be made and accompanied by the applicable invoice within 30 days of purchase.
No returns after 60 days.
Returns subject to a 15% restocking charge.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 597.57 | EXEMPT AZ | 0.00 | 597.57 |

CUSTOMER SIGNATURE ▶ *[signature]*

PRINT NAME ▶